**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 04-6028**

—————————

KEVIN ANDRE RANKIN,

Plaintiff - Appellant,

versus

JOSEPH LIGHTSEY, Doctor,

Defendant - Appellee,

and

JENNY CRAIG; M. BOONE, sued in their
individual capacities; SELMA TOWNES, sued in
her individual capacity and official capacity,

Defendants.

—————————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Malcolm J. Howard,
District Judge. (CA-02-483-5-H)

—————————

Submitted:  March 15, 2004        Decided:  April 12, 2004

—————————

Before NIEMEYER, WILLIAMS, and MOTZ, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Kevin Andre Rankin, Appellant Pro Se.  Dana Hefter Davis, Raleigh,
North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kevin Andre Rankin appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Rankin v. Lightsey, No. CA-02-483-5-H (E.D.N.C. Oct. 20, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED